UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-CV-80923-RLR

HOWARD COHEN,

    Plaintiff,

v.

SHEAU, LLC
a Foreign Limited Liability Company
d/b/a TERRA FIAMMA,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that the parties have reached a settlement in principle and anticipate filing a stipulation for dismissal with prejudice within thirty (30) days.

Dated: August 16, 2023                                   Respectfully submitted,

| | |
|---|---|
| *s/ Gregory S. Sconzo* | *s/ Adam S. Chotiner*[1] |
| Gregory S. Sconzo, Esq. | Adam S. Chotiner, Esq. |
| E-Mail: greg@sconzolawoffice.com | E-Mail: achotiner@sbwh.law |
| Sconzo Law Office, P.A. | Shapiro, Blasi, Wasserman |
| 3825 PGA Boulevard, Suite 207 | & Hermann, P.A. |
| Palm Beach Gardens, FL 33410 | 7777 Glades Rd., Suite 400 |
| Telephone: (561) 729-0940 | Boca Raton, FL 33434 |
| Facsimile: (561) 491-9459 | Tel: (561) 477-7800 |
| Counsel for Plaintiff | Fax: (561) 477-7722 |
| | Counsel for Defendant |

---

[1] Plaintiff's counsel Gregory S. Sconzo has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Howard Cohan v. Sheau, LLC*
Case No.: 9:23-CV-80923-RLR
United States District Court, Southern District of Florida

| | |
|---|---|
| Gregory Steven Sconzo, Esq.<br>E-Mail: greg@sconzolawoffice.com<br>Samantha Lyn Simpson, Esq.<br>E-Mail: samantha@sconzolawoffice.com<br>Sconzo Law Office, P.A.<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Tel: (561) 729-0940<br>Fax: (561) 491-9459<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |

2